

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00169-CV

| | | |
|---|---|---|
| PILLAR INCOME ASSET MANAGEMENT, INC., Appellant | § | On Appeal from the 48th District Court |
| V. | § | of Tarrant County (048-299194-18) |
| | § | March 10, 2022 |
| TLC HOSPITALITY, LLC, Appellee | § | Memorandum Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Pillar Income Asset Management, Inc. shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth